U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 0 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES CLINTON ABSHURE | CIVIL ACTION NO. 06-2031 |
| versus | JUDGE STAGG |
| SHERIFFS OFFICE OF CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 15) is granted** and all claims against Deputy Jermaine Kelly **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1st day of October, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE